UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JASON BERGER,

                Plaintiff,

    - against -

IMAGINA CONSULTING, INC.,

               Defendant.
-----------------------------------------------------------x

7:18-CV-8956 (CS)

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Imagina Consulting, Inc.** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **NONE**.

Dated:  November 26, 2018
          New York, New York

ALBERT PLLC

By:   s/ Craig J. Albert
       _____
       Craig J. Albert
       733 Third Avenue, 15th Floor
       New York, New York 10017
       Tel. (646) 790-5840
       E-mail: Craig@AlbertPLLC.com

*Attorneys for Defendant*
*Imagina Consulting, Inc.*

10505