UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON BERGER,

                                    Plaintiff,                            Docket No. 7:18-cv-8956

        - against -                                                       JURY TRIAL DEMANDED

IMAGINA CONSULTING, INC.,

                                    Defendant.

---

## FIRST AMENDED COMPLAINT

Plaintiff Jason Berger ("Berger" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Imagina Consulting, Inc. ("Imagina" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Lena Koropey, owned and registered by Berger, a New York based professional photographer. Accordingly, Berger seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5.      Berger is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 17A Moultrie St #206, Brooklyn, NY 11222.

6.      Upon information and belief, Imagina is a domestic business corporation duly organized and existing under the laws of the State of New York, with a place of business 131 Purchase Street, GT 6, Rye, NY 10580. Upon information and belief Imagina is registered with the New York Department of State Division of Corporations to do business in the State of New York. At all times material, hereto, Imagina has owned and operated a website at the URL: http://www.imaginaconsulting.com (the "Website").

**STATEMENT OF FACTS**

A.      **Background and Plaintiff's Ownership of the Photograph**

7.      Berger photographed Lena Koropey (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Berger is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph was registered with the United States Copyright Office and was given registration number VA 2-117-110 and titled "5.21.16 -Lena Koropey (1).jpg."  See Exhibit B.

B.      **Defendant's Infringing Activities**

10.      Imagina ran an article on the Website titled *Shifting the World with Kindness – November 2ⁿᵈ – 11am EST.*  See URL http://www.imaginaconsulting.com/the-edge/. The article

prominently featured the Photograph. A screenshot of the Photograph on the Website is attached

hereto as Exhibit C.

11.     Imagina did not license the Photograph from Plaintiff for its article, nor did

Imagina have Plaintiff's permission or consent to publish the Photograph on its Website.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-11 above.

13.     Imagina infringed Plaintiff's copyright in the Photograph by reproducing and

publicly displaying the Photograph on the Website. Imagina is not, and has never been, licensed

or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's

copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the

Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Defendant

have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's

rights.

16.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and

Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.      That Defendant Imagina be adjudged to have infringed upon Plaintiff's copyrights

      in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.      That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits,

      gains or advantages of any kind attributable to Defendant's infringement of

      Plaintiff's Photograph;

3.      That Defendant be required to account for all profits, income, receipts, or other

      benefits derived by Defendant as a result of its unlawful conduct;

4.      That Plaintiff be awarded punitive damages for copyright infringement;

5.      That Plaintiff be awarded attorney's fees and costs;

6.      That Plaintiff be awarded pre-judgment interest; and

7.      Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
      December 18, 2018

                                  LIEBOWITZ LAW FIRM, PLLC

                                  By: /s/Richard Liebowitz
                                  Richard Liebowitz
                                  11 Sunrise Plaza, Suite 305
                                  Valley Stream, New York 11580
                                  Tel: (516) 233-1660
                                  RL@LiebowitzLawFirm.com

                                  *Attorneys for Plaintiff Jason Berger*