UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Berger,

                      Plaintiff,

           v.

Imagina Consulting, Inc.,

                      Defendant.
------------------------------------X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

7:18-CV-08956 (CS)

The above entitled action is referred to the Hon. Judith C. McCarthy, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | SOCIAL SECURITY |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | _X_ | SETTLEMENT |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| ____ | Discovery Disputes | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | | |
| ____ | HABEAS CORPUS | | |

Dated: White Plains, NY
       December 20, 2018

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

* Do not check if already referred for General Pre-Trial.