UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JASON BERGER,

                          Plaintiff,                 **SCHEDULING ORDER**

     -against-                                18 Civ. 8956 (CS)(JCM)

IMAGINA CONSULTING, INC.,

                          Defendant.
----------------------------------------------------------------X

TO ALL PARTIES:

      The Court has scheduled a Settlement Conference for February 11, 2019 at 2:00 p.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421. Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference.

*Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated: January 3, 2019
       White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge