

733 Third Ave, Fl 15
New York, NY 10017-3293
646.790.5840

January 10, 2019

**BY ELECTRONIC CASE FILING SYSTEM**
The Hon. Judith C. McCarthy
United States Magistrate Judge
United States District Court
 for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

   Re: <u>Berger v. Imagina Consulting (18 Civ. 8956 (CS)(JCM))</u>

Dear Judge McCarthy:

  I represent defendant Imagina Consulting, Inc. in this action. The Court has scheduled a settlement conference on February 11, 2019. Having consulted with your chambers and with the consent of all parties, I respectfully request that the settlement conference be postponed until the week of March 18, 2019, as the principal of my client will be out of the country until March 7. If the Court's schedule permits, then Wednesday March 20 at 2:00 p.m. would be most convenient for all counsel and parties.

              Respectfully submitted,

              Craig J. Albert

Copy to Richard Liebowitz, Esq. (via ECF)

10523