

733 Third Ave, Fl 15
New York, NY 10017-3293
646.790.5840

March 14, 2019

**BY ELECTRONIC CASE FILING SYSTEM**
The Hon. Judith C. McCarthy
United States Magistrate Judge
United States District Court
  for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:    <u>Berger v. Imagina Consulting (18 Civ. 8956 (CS)(JCM))</u>

Dear Judge McCarthy:

 I represent the defendant Imagina Consulting, Inc. in this action.  A settlement conference is scheduled for March 20, 2019.  I write to request an adjournment of the settlement conference because the plaintiff has not complied with his discovery obligations.

 The twice-extended March 11 deadline for plaintiff's document production has come and gone without any production other than documents that were already included in the complaint.  My client and I need the plaintiff's production in order to participate meaningfully in a settlement conference.  The plaintiff's documents were initially due on February 18, and plaintiff's attorney requested a one-week extension, to February 25, to which I agreed.  When that deadline passed without production, he requested a second extension of two weeks, to March 11, and I agreed to that as well.  On March 11 he produced a set of responses and objections, but no documents other than those that were included with the initial complaint.  His stated basis for withholding documents was that he wanted a confidentiality stipulation, and he provided a draft of that to me yesterday, which was the day on which you had requested the parties submit *ex parte* letters regarding settlement issues.  He has not responded to my comments on his draft.

 Without having the plaintiff's documents in hand, I cannot assess either the plaintiff's potential damages or his likelihood of success on the merits.  That assessment is a critical factor in any settlement conference.  Under the circumstances, I must reluctantly request that the Court postpone the March 20 settlement conference to another mutually convenient date.

     Respectfully submitted,

     Craig J. Albert

Copy to Richard Liebowitz, Esq. (via ECF)

10549