

March 15, 2019

**VIA ECF**

Honorable Judith C McCarthy
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Berger v. Imagina Consulting,* 1:18-cv-08956 (CS-JCM)

Dear Judge McCarthy:

     We represent Plaintiff Jason Berger in the above-captioned case and write in response to Defendant's letter, dated March 14, 2019.  Plaintiff has no objection to a brief adjournment of the settlement conference scheduled for March 20.  The parties are in the process of exchanging responsive documents.

     Respectfully Submitted,

     **/richardliebowitz/**
     Richard Liebowitz

     *Counsel for Plaintiff Jason Berger*