

733 Third Ave, Fl 15
New York, NY 10017-3293
646.790.5840

April 5, 2019

**BYECF AND ELECTRONIC MAIL**
The Hon. Cathy Seibel
United States District Judge
United States District Court
 for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    <u>Berger v. Imagina Consulting (18 Civ. 8956 (CS)(JCM))</u>

Dear Judge Seibel:

    I represent the defendant Imagina Consulting Inc. in this action.

    I write pursuant the Court's Individual Practices and Local Civil Rule 37.2 to request that the Court conduct an informal conference in advance of my making a motion for discovery sanctions under FRCP 37.

Respectfully submitted,

Craig J. Albert

Copy to Richard Liebowitz, Esq. (via ECF and email)

10558