

**Liebowitz Law Firm, PLLC**
Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 15, 2019

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Berger v. Imagina Consulting, Inc. (7:18-cv-8956-CS)*

Dear Judge Seibel,

I represent Plaintiff, Jason Berger, in the above in-captioned case. I had a death in the family and apologize to the Court and opposing counsel for not appearing on Friday as this was an unexpected urgent matter I needed to attend to. I will be out of the office but respectfully request to appear telephonically for the discovery conference on April 18, 2019 at 12:15pm.

The Court's consideration is much appreciated.

If Mr. Liebowitz will be back in the office on Friday, 4/19/19, or Monday, 4/22/19, I would rather do the conference in person then. If not, both parties may attend by phone on 4/18/19, but I do my civil conferences on the record and doing them by phone makes life difficult for the court reporter. So the parties should confer about whether we can do it Friday or Monday. If not, we'll do it Thursday by phone. Either way the parties should advise my courtroom deputy, Walter Clark (914-390-4077 or walter_clark@nysd.uscourts.gov), who will explain how to do the phone conference if it can't be avoided.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Jason Berger*

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.   4/16/19