

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 17, 2019

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *Berger v. Imagina Consulting, Inc. (7:18-cv-8956-CS)*

Dear Judge Seibel,

The parties have conferred and will hold the conference via telephone on Thursday April 18, 2019 at 12:15pm. The parties will call chambers with all the parties on the line.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Jason Berger*
