

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

May 3, 2019

**VIA ECF**

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Berger v. Imagina Consulting, Inc. (7:18-cv-8956-CS)*

Dear Judge Seibel,

    We represent Plaintiff, Jason Berger, in the above in captioned case. The parties and their counsel have reached a settlement. Plaintiff is just waiting for Defendant and Defendant's counsel to sign the agreement and stipulation of dismissal. Once I have the signed agreement and stipulation I will file the stipulation of dismissal with the Court.

    Respectfully Submitted,

    /s/Richard Liebowitz
    Richard Liebowitz

    *Counsel for Plaintiff Jason Berger*