**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON BERGER,

                      Plaintiff,                    7:18-CV-8956 (CS)

  - against -

                                               **STIPULATION OF**
IMAGINA CONSULTING, INC.,             **VOLUNTARY DISMISSAL**

                      Defendant.
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between all of the parties who have appeared in this action, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the within action be and hereby is voluntarily dismissed **with prejudice**.

Dated: May 3, 2019
       New York, New York

LIEBOWITZ LAW FIRM, PLLC            ALBERT PLLC

By: _____            By: _____
Richard Liebowitz                          Craig J. Albert
11 Sunrise Plaza, Suite 305              733 Third Avenue, 15th Floor
Valley Stream, NY 11580                New York, New York 10017
Tel. (516) 233-1660                         Tel. (646) 790-5840
E-mail: RL@liebowitzlawfirm.com      E-mail: Craig@AlbertPLLC.com

*Attorneys for Plaintiff Jason Berger*       *Attorneys for Defendant*
                                                         *Imagina Consulting, Inc.*