UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOAH BERGER,<br><br>         Plaintiff,<br><br> - against -<br><br>IMAGINA CONSULTING, INC.<br><br>         Defendant. | Docket No. 7:18-cv-08956 (CS)<br><br>**GOOD FAITH DECLARATION OF RICHARD LIEBOWITZ** |

  I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

  1. I am lead counsel for plaintiff Noah Berger ("Plaintiff") and am duly admitted to practice law in this District and in the State of New York.

  2. I submit this good faith declaration in response to the Court's order to show cause. [Dkt. #45]

  3. On April 15, 2019, I advised the Court of the reasons for my not attending the conference scheduled on Friday, April 12, 2019 (the "Conference") [Dkt. #32].

  4. On April 18, 2019, the Court ordered that I provide documentation relating to my grandfather's passing.

  5. On May 1, 2019, I provided further elaboration to the Court for the reasons why I did not attend the Conference.  [Dkt. #36]

2

      6.      As an Officer of the Court in good standing, I re-certify that the statements made in my letters to the Court of April 15 and May 1 are true and correct to the best of my personal knowledge.

      7.      Having shown good cause for why I could not appear at the Conference, it is my good faith belief that I have discharged my obligations in response to the Court's order to show cause.

Dated: May 9, 2019
Valley Stream, New York

                                       Respectfully Submitted:

                                       **/richardliebowitz/**
                                       By: Richard Liebowitz
                                       LIEBOWITZ LAW FIRM, PLLC
                                       11 Sunrise Plaza, Ste. 305
                                       Valley Stream, NY 11580
                                       (516) 233-1660
                                       rl@liebowitzlawfirm.com

                                       *Counsel for Plaintiff Noah Berger*