UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOAH BERger,<br><br>                              Plaintiff,<br><br>       - against -<br><br>IMAGINA CONSULTING, INC.<br><br>                              Defendant. | Docket No. 7:18-cv-08956 (CS)<br><br>**GOOD FAITH DECLARATION<br>OF RICHARD LIEBOWITZ** |

    I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

    1.    I am lead counsel for plaintiff Noah Berger ("Plaintiff") and am duly admitted to practice law in this District and in the State of New York.

    2.    I submit this good faith declaration in response to the Court's order to show cause. [Dkt. #47]

    3.    Having previously shown good cause for why I could not appear at the Conference [Dkt. #s 32, 36, 46], it is my good faith belief that I have discharged my obligations in response to the Court's order to show cause.

Dated: May 16, 2019
Valley Stream, New York

                                          Respectfully Submitted:

                                          **/richardliebowitz/**
                                          By: Richard Liebowitz
                                          LIEBOWITZ LAW FIRM, PLLC
                                          11 Sunrise Plaza, Ste. 305

2

Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff Noah Berger*