UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JASON BERGER,

                           Plaintiff,

     – against –                                       **ORDER**

IMAGINA CONSULTING, INC.,                      No. 18-CV-8956 (CS)

                        Defendant.
------------------------------------------------------------------------x

Seibel, J.

     Richard Liebowitz, Plaintiff's counsel in this case, represented to this Court on multiple occasions that he missed a court conference on April 12, 2019 because of a death in the family. He was ordered multiple times to provide documentation of that death, but never did, instead relying on his own statements. (*See* Docs. 47-48.) Accordingly, it is hereby ORDERED that, on or before August 12, 2019, Richard Liebowitz shall – on pain of contempt – provide this Court with a copy of the death certificate of his grandfather who he says passed away on April 12, 2019.

**SO ORDERED.**

Dated: July 26, 2019
       White Plains, New York

                                                  _____
                                                       CATHY SEIBEL, U.S.D.J.