UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON BERGER,<br><br>         Plaintiff,<br><br> - against -<br><br>IMAGINA CONSULTING, INC.<br><br>         Defendant. | Docket No. 7:18-cv-08956 (CS)<br><br>**GOOD FAITH DECLARATION<br>OF RICHARD LIEBOWITZ** |

  I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

  1. I am lead counsel for plaintiff Jason Berger ("Plaintiff") and am duly admitted to practice law in this District and in the State of New York.

  2. I submit this good faith declaration in response to the Court's order to show cause. [Dkt. #49]

  3. Having previously shown good cause for why I could not appear at the Conference [Dkt. #s 32, 36, 46, 48], it is my good faith belief that I have discharged my obligations in response to the Court's order to show cause.

  4. As an officer of the Court, I respectfully submit that I should not be ordered to produce a death certificate of my grandfather, which is a personal matter.

Dated: August 12, 2019
Valley Stream, New York

                   Respectfully Submitted:

                   **/richardliebowitz/**
                   By: Richard Liebowitz
                   LIEBOWITZ LAW FIRM, PLLC
                   11 Sunrise Plaza, Ste. 305

Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff*

2