UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON BERGER,<br><br>                                        Plaintiff,<br><br>     - against -<br><br><br>IMAGINA CONSULTING, INC.<br><br>                                        Defendant. | Docket No. 7:18-cv-08956 (CS)<br><br>**GOOD FAITH DECLARATION OF RICHARD LIEBOWITZ** |

    I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

    1.    I am lead counsel for plaintiff Jason Berger ("Plaintiff") and am duly admitted to practice law in this District and in the State of New York.

    2.    I submit this good faith declaration in response to the Court's order to show cause. [Dkt. #49]

    3.    Having previously shown good cause for why I could not appear at the Conference [Dkt. #s 32, 36, 46, 48], it is my good faith belief that I have discharged my obligations in response to the Court's order to show cause.

    4.    As an officer of the Court, I respectfully submit that I should not be ordered to produce a death certificate of my grandfather, which is a personal matter.

Dated: August 12, 2019
Valley Stream, New York

                                                        Respectfully Submitted:

                                                        **/richardliebowitz/**
                                                        By: Richard Liebowitz
                                                        LIEBOWITZ LAW FIRM, PLLC
                                                        11 Sunrise Plaza, Ste. 305

>Valley Stream, NY 11580
>(516) 233-1660
>rl@liebowitzlawfirm.com

>*Counsel for Plaintiff*

The death of a loved one is indeed a personal matter, but whether Mr. Liebowitz has been candid with the Court is a professional matter, so he is not relieved from my Order that he produce the death certificate (Doc. 49).  If he is for some reason concerned about the death certificate being available on the public docket, he may provide it directly to my chambers.  If he does not do so by August 26, 2019, he will be in contempt of court and subject to monetary and other sanctions, and/or referral to this Court's Grievance Committee.

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

8/19/19

2

Case 7:18-cv-08956-CS   Document 50   Filed 08/19/19   Page 3 of 3