

October 2, 2019

**VIA ECF**

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:     *Berger v. Imagina Consulting,* 7:18-cv-08956 (CS-JCM)

Dear Judge Seibel:

    We represent Plaintiff Jason Berger in the above-captioned case.  We write to respectfully request an in-person conference, at the Court's convenience, to address the Court's order dated September 27, 2019 [Dkt. #53] in which the Court imposed sanctions on Plaintiff's counsel. (the "Order")

    For just cause, we also respectfully request that the Court stay the Order until such time as a conference is held before Your Honor.

    We appreciate You Honor's consideration in this matter.

    Respectfully Submitted,

    **/RichardLiebowitz/**
    Richard Liebowitz

    *Counsel for Plaintiff Jason Berger*

