

October 3, 2019

**VIA ECF**

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Berger v. Imagina Consulting,* 7:18-cv-08956 (CS-JCM)

Dear Judge Seibel:

    We represent Plaintiff Jason Berger in the above-captioned case. We write to respectfully request an in-person conference, at the Court's convenience, to discuss the death certificate of Attorney Liebowitz's grandfather.

    For just cause, we also respectfully request that the Court stay the Order until such time as a conference is held before Your Honor.

    We appreciate You Honor's consideration in this matter.

    Respectfully Submitted,

    **/RichardLiebowitz/**
    Richard Liebowitz

    *Counsel for Plaintiff Jason Berger*

