

October 7, 2019

**VIA ECF**

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:     *Berger v. Imagina Consulting,* 7:18-cv-08956 (CS-JCM)

Dear Judge Seibel:

    We represent Plaintiff Jason Berger in the above-captioned case.  In the light of the religious holiday, we write to respectfully request a two-week extension of time to hand deliver the death certificate of Richard Liebowitz's grandfather to the Court.  We ask that the sanctions order be stayed pending the two-week extension

    We appreciate You Honor's consideration in this matter.

                                          Respectfully Submitted,

                                          **/RichardLiebowitz/**
                                          Richard Liebowitz

                                          *Counsel for Plaintiff Jason Berger*

